UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>CHRISTOPHER ROY AND ALEXIA J. ROY,<br><br>Debtor(s). | Case No. 10-15118-MLB<br><br>Chapter 7<br><br>*EX PARTE* MOTION TO REOPEN CASE AND VACATE DISCHARGE AS TO WELLS FARGO DEALER SERVICES FOR THE PURPOSE OF ALLOWING A REAFFIRMATION |

COME NOW Debtors Christopher Roy and Alexia J. Roy ("Debtors"), by and through their attorneys, Seattle Debt Law LLC, and move this Court for an order reopening their Chapter 7 case and vacating the discharge as to Creditor Wells Fargo Dealer Services to allow the Debtors an opportunity to approve a reaffirmation of their vehicle.

As explained in the Declaration filed concurrently herewith, Debtors' Chapter 7 Case was closed with discharge on August 24, 2010.  In order to correct this problem, the Debtors respectfully request that this Court reopen their Chapter 7 case and vacate their discharge order as to Creditor Wells Fargo Dealer Services for the sole purpose of filing a reaffirmation agreement to reaffirm their vehicle.

EX PARTE MOTION TO REOPEN CASE AND VACATE DISCHARGE AS TO WELLS FARGO DEALER SERVICES FOR THE PURPOSE OF ALLOWING A REAFFIRMATION - 1

000037

**SEATTLE DEBT LAW, LLC**
705 SECOND, SUITE 1050
SEATTLE, WASHINGTON  98104
telephone (206) 324-6677
fax (206)447-0115

DATED this 1st day of November, 2010.

SEATTLE DEBT LAW, LLC

By: /s/ *Christina Latta Henry*
Christina Latta Henry, WSBA #31273
Attorneys for Debtors

**PROOF OF SERVICE**

I, Theresa A. Shim, under penalty of perjury, declare that on the dates indicated below, I caused a copy of the Debtor's *Ex Parte* Motion to Reopen Case and Vacate Discharge, Declaration of Counsel in Support of Same, and Proposed Order Granting Same to be served on the parties listed below via ECF on November 1, 2010**:**

| | |
|---|---|
| Ronald G. Brown | rgblaw@nwlink.com; rgbrown@ecf.epiqsystems.com; |
| US Trustee | USTPRegion18.SE.ECF@usdoj.gov |

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.

Executed this 1st day of November, 2010 at Seattle, Washington.

/s/ *Theresa A. Shim*
Theresa A. Shim

EX PARTE MOTION TO REOPEN CASE AND VACATE
DISCHARGE AS TO WELLS FARGO DEALER
SERVICES FOR THE PURPOSE OF ALLOWING A
REAFFIRMATION - 2
000037

**SEATTLE DEBT LAW, LLC**
705 SECOND, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115